**SO ORDERED.**

Dated: December 07, 2010

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**
_____

# TIFFANY & BOSCO
## P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-25636

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Dwyane K. Lebeau and Susan M. Lebeau<br>    Debtors.<br>_____<br>Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage, Inc.<br><br>    Movant,<br> vs.<br><br>Dwyane K. Lebeau and Susan M. Lebeau, Debtors; Maureen Gaughan, Trustee.<br><br>    Respondents | No. 2:09-bk-03863-RTB<br><br>Chapter 7<br><br>ORDER FOR ABANDONMENT<br><br>(Related to Docket #22) |

  On this day came on for consideration, Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage, Inc., its assignees and/or successors in interest ("Movant" herein) Motion for Abandonment pursuant to 11 U.S.C. 554(b). Good cause appearing,

  IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that all of the Trustee's interest

in the following described real property is abandoned:

    707038 West Karen Lane
    Peoria AZ 85382

    and legally described as:
Lot 319A, of GRANADA ESTATES UNIT FIVE AMENDED, according to Book 280 of Maps, Page 44, Records of Maricopa County, Arizona.